IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MUMTAZ MERCHANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13 C 3848 |
| | ) |
| IBM LONG-TERM DISABILITY PLAN, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM ORDER

Counsel for plaintiff Mumtaz Merchant ("Merchant") has moved to postpone the initial status hearing that this Court had set for 9:15 a.m. July 22, 2013, representing in that motion that counsel for defendant Metropolitan Life Insurance Company ("MetLife"), who has not yet filed that defendant's appearance in the matter, has no objection to the postponement. This Court of course has no objection either, so that the July 22 status date is hereby vacated.

There is however a threshold matter that this Court had planned to pose to counsel at the time of the initial status hearing. Because of its stock ownership in IBM, 28 U.S.C. §455(b)(4) would mandate this Court's disqualification if that ownership interest would constitute "a financial interest...in a party to the proceeding," no matter how small that interest might be. If for example IBM were a direct party to the case, ownership of even a single share of stock in that huge corporation would trigger the operation of the disqualification

statute.

Here Merchant's counsel has named two defendants, both MetLife and the IBM Long-Life Term Disability Plan, and the Complaint has not asserted that Merchant's employee status with IBM has been terminated, although he alleges that he has been forced to stop work in his position with IBM because of his asserted disability. It is not clear to this Court whether those circumstances bring the matter within the scope of Section 455(b)(4), and it invites input from the litigants on that subject at or before the reset status date.

_____
       Milton I. Shadur
       Senior United States District Judge

Date:  July 22, 2013